IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARCIA BROWN, ALFREDA HAMILTON and DEBORAH VICKS, <br>　　　　Plaintiffs, <br><br>v. <br><br>FRANCO ROAD SERVICES, INC., FRANCO COMPANIES, INC., and JUAN CARLOS GONZALEZ-LARIOS, <br>　　　　Defendants. | Civil Action No.: 23-00707 MN <br><br>Honorable Maryellen Noreika |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the FRCP, Plaintiffs Marcia Brown, *et al*., and Defendants Franco Road Services, Inc., *et al,* by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each part to their own cost and fees. The parties request that the Clerk of the Court now close this case

| **THE INKELL FIRM, LLC** | **CASARINO, CHRISTMAN, SHALK, RANSOM & DOSS, P.A.** |
|---|---|
| */s/ Joshua J. Inkell* <br> Joshua J. Inkell, Esq. (DE # 5620) <br> 1201 N. Orange St., Ste. 501 <br> Wilmington, DE 19801 <br> 302.297.7775 <br> Josh@Inkellfirm.com | */s/ Daniel P. Daly* <br> Daniel Daly, Esq. (DE# 4695) <br> 1000 N. West St., Ste. 1450 <br> Wilmington, DE 19801 <br> 302.594.4500 <br> DDaly@casarino.com |

So ordered this _____ day of _____, 2024.

_____
J.